[No. 57389-6-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. K.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-02580-0, Mary E. Roberts, J., entered December 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57399-3-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SOONTHAI DOUANGDALA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06186-3, Gregory P. Canova, J., entered November 21, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57471-0-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01416-9, Larry E. McKeeman, J., entered December 19, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 57565-1-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01862-1, Carol A. Schapira, J., entered December 12, 2005. *Affirmed* by unpublished per curiam opinion.